# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

DONNY L. CASE                                                                                           PLAINTIFF

v.                                            CASE NO.  2:20-CV-2083

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 18) from United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this May 3, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE